**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: May 17, 2012**

_____

055424.001624/#4838-7198-3631 v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 12-51683 |
| | : | |
| KBT Freight, Inc. | : | Chapter 7 |
| | : | Judge John E. Hoffman, Jr. |
| Debtor. | : | |

### ORDER APPROVING OF REJECTION
### OF LEASE OF NON-RESIDENTIAL REAL PROPERTY
[Doc. # 88]

This matter is before the Court on *Trustee's Motion for Approval of Rejection of Lease of Non-Residential Real Property* [Doc. # 88] filed and served on April 18, 2012. Adequate notice and opportunity having been given, and in the absence of any timely objection, it is hereby

**ORDERED**, that Trustee's Motion should be and hereby is GRANTED in all respects; and it is further

**ORDERED**, that the Trustee's rejection of Debtor's lease of the non-residential real property at 8720 Orion Place, Suite 250, Columbus, Ohio is approved, effective as of April 18, 2012.

**IT IS SO ORDERED.**

*Copies to Default List*

###